Unites States District Court

For The District of Texas

FILED

FEB - 1 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

Matta Farouk Mekhaiel,

　Plaintiff,

V.

SA Auto Credit, License number P129198

Jorge Maldonado Del Angel, dealership owner,

Alex Cortes also known as Alex Maldonado, sales person,

RPM Auto Motive Services Inc, Station ID: 6P049183,

Randy Pantoja, owner of the RPM Auto Motive Services,

Edwin Antonio Espinoza, Licensed Automotive Inspector, at RPM Auto Motive Services

　Defendants,

**SA18CA0105 DAE**

Complaint with Jury Demand

C.A.NO.:

### Parties

1. The plaintiff herein, Matta Farouk Mekhaiel, is a resident of the state of Texas Mr. Mekhaiel resides at 6901 Saratoga Blvd, Apt # 1325, Corpus Christi, Texas 78414, and a citizen of the United States.

2. The defendants herein, SA Auto Credit, Jorge Maldonado, and Alex Cortes also known as Alex Maldonado located at 5131 NW Loop 410, San Antonio, Texas 78229

3. The defendants herein, RPM Auto Motive Services Inc., Randy Pantoja, and Edwin Antonio Espinoza, located at 2918 Commercial Ave, San Antonio, Texas 78221

### Jurisdiction

5. This court has jurisdiction over this matter since one or more of the named Parties are located within this district.

1

## Introduction

On Wednesday 07/24/2017 the plaintiff saw a car ad on craigslist under car for sale by the owner for a 2007 Toyota Avalon that had a clean title and a little over 125,000 miles on it. On 07/25/2017 the plaintiff contacted the owner of this car via the phone number that was posted with the car ad to get more details on the car. The owner of the vehicle (which was SA Auto Credit sales person) texted the plaintiff back giving him his address which was the dealer address and provided the plaintiff with his name Alex Maldonado (Cortes) offering to help the plaintiff on the matter.

On Wednesday 07/26/2017 the plaintiff's wife and the plaintiff drove their car from Corpus Christi to the dealership, SA Auto Credit in San Antonio, which is about 166 miles. Upon arriving at the dealership, the plaintiff's wife and the plaintiff met with Alex the salesman, and Alex brought them to the dealer parking lot to see the 2007 Toyota Avalon. **At that time, there was a technician working on the car.** The plaintiff asked Alex the salesman what was wrong with the car? Alex responded that the car speedometer did not work and the initial diagnosis was that the car needed a speed sensor.

Alex asked the plaintiff to give him a couple of hours to fix the car and it would be ready to be sold to the plaintiff 1. The plaintiff's wife and the plaintiff went grocery shopping in San Antonio in order to kill some time. After almost 2 hours, the plaintiff called Alex via his Cell phone and he said that the car was ready. The technician working on the car was able to fix it.

The plaintiff's wife and the plaintiff drove back to SA Auto Credit located on 5131 NW Loop 410 San Antonio, Texas 78229. The plaintiff's wife and the plaintiff sat down at Alex's office and we conducted the sale for the total of $4,400.28 by check, **refer to exhibit A**, which included the car price of $4,000 and **$428.28 for tax, car registration and title fees.** While the plaintiff's wife and the plaintiff were conducting the sale, the plaintiff asked Alex about what was wrong with the car and **if the technician** was able to change the speed sensor that Alex mentioned to the plaintiff before.

---

1. From the previous paragraph the honorable court will notice that the SA Auto Credit represented by Alex Cortes (Maldonado) had for certain, and without any reasonable doubts that the car had mechanical problems prior to the sale of the mentioned vehicle to the plaintiff.

Alex responded by saying **it was not a speed sensor problem, rather than the electrical connection to the Anti-Lock Brake System (ABS) module was loose. So, the technician put it back securely and the car is running great 2.**

The plaintiff's wife and the plaintiff shook hands with Alex after he handed us the car ownership paper work and one car key, **refer to exhibit B**. The plaintiff's wife and the plaintiff went outside to drive their car home, as the plaintiff was driving the car in the dealership parking lot, **the air conditioner stopped working, the braking light started to flash on and off, the car alarm system was activated with a loud noise, and the speedometer needle stopped working.**

The plaintiff went inside and brought Alex outside to show him the problem, **he disconnected the ABS module and then connected back together again, but nothing happened, the braking light was flashing, the car air conditioner would not work, and the speedometer was not working,…..** Alex said to the plaintiff, "leave the care here a couple of days and I will get it all fixed up", that was on Wednesday 07/26/2017, so the plaintiff responded to Alex saying that the plaintiff would leave the car until Saturday 07/29/2017, so the plaintiff and Alex the salesman agreed to that. So, the plaintiff came back home to Corpus Christi empty handed, which cost him time, money, and frustration due to the dishonesty of the dealership (SA Auto Credit), represented by Alex Cortes (Maldonado) salesman and Jorge Maldonado Del Angel the owner of the dealership SA Auto Credit, **refer to exhibit C.**

2. The plaintiff would like to explain to the honorable court that the statement mentioned above by the defendant Alex Cortes (Maldonado) the car dealership sales person is not true; a lose ABC module (Anti-Locking Break System module) alone! Was not the cause for all the problems that the car has exhibited in the dealership parking lot few minutes after conducting the sale as mentioned above such overheating the engine temperature, faulty alarm system, flashing break light, faulty battery, leaking from the radiator, (the speedometer needle stopped working completely same as before when the technician was working on this problem prior to the sale of the above mentioned vehicle) and leaking from the water pump and other problems mentioned above in the compliant, in which the defendant Alex Cortes (Maldonado) offered the plaintiff to leave the car at the dealership, so the defendant Alex Cortes would work on it and get fixed in three days, that was on Wednesday 7/26/17. So the defendant Alex Cortes (Maldonado) promised the plaintiff that the car would be fixed on Saturday 7/29/17. Therefore, the plaintiff and his wife have rented a one way car from Enterprise in order to go to San Antonio to pick up the purchased vehicle and drop off the rental car in San Antonio. Please refer to exhibit I, that will show the honorable court the receipt of the rented vehicle and will show that the rental car was picked up by the plaintiff on Saturday 7/29/17 at 09:45 am in Corpus Christi, and was dropped off at 04:50 pm In San Antonio. From all the above facts the honorable court will notice that the defendant SA Auto Credit, et. al, had a prior knowledge of all the vehicle problems mentioned above, prior to the sale of the above mentioned vehicle to the plaintiff, and yet did not disclose any of it to the plaintiff prior to the sale , in violation to the Texas Deceptive Trade Practices-Consumer Protection Act, and other laws and regulation mentioned above in the complaint.

## Back ground Facts

**Based on the above, the honorable court can see that the Dealership represented by Alex Cortes(Maldonado) salesman and Jorge Maldonado Del Angel, the owner of the dealership, <u>knowingly misrepresented on purpose</u> and sold the plaintiff a faulty broken car that was defective and in need of a considerable amount of repairs. And, that the dealership could not have conducted a proper legitimate inspection of the car before selling it, nor before issuing the new registration and title to the plaintiff as required by Texas Department of Motor Vehicles laws and regulations the govern the sales of used vehicles in regard to car dealerships, because at that time the car <u>would not have passed the safety inspection</u> required by Texas Department of Public Safety and Texas Department of Motor Vehicles, Laws and Regulations prior to the sale of a dealerships to such a vehicle, <u>as the plaintiff will explain the case in details to the honorable court further below.</u>**

On Saturday 07/29/2017 the plaintiff rented a one way vehicle from Enterprise from Corpus Christi, where he lives to San Antonio, so the plaintiff could drop it off there and drives the purchased car from the dealership back home to Corpus Christi, **refer to exhibit I**. The plaintiff's wife and the plaintiff arrived to the SA Auto Credit and plaintiff spoke to Alex Cortes (Also known as Alex Maldonado) the salesman who sold the car to him, and also plaintiff spoke to Jorge Maldonado Del Angel, the owner of the dealership, **(who presented himself to the plaintiff's wife and the plaintiff at that time as a worker at the dealership not the owner of it refer to exhibit C)** and both confirmed that the car was fixed and good to go.

The plaintiff drove the car, with his wife, to Corpus Christi where they live, **after driving the car for less than 10 minutes the braking light start flashing again, <u>as before</u> and the speedometer stopped working, coolant leaked from the radiator and the water pump, and the car air conditioner would not work at all, refer to exhibit D.** The plaintiff's wife and the plaintiff were really worried about their safety and their lives because of what was happening with the car. The plaintiff had to stop frequently to check on the car and add water to the coolant reservoir, until they finally made it home after a long terrifying <u>six hours ride in an extremely hot faulty car in late July, and an extremely dangerous vehicle, which was completely unsafe to drive.</u>

4

**Based on the above the honorable court will notice that, Alex Cortes (Maldonado), the Salesman at SA Auto Credit, and Jorge Maldonado Del Angel, the dealership owner, <u>knowingly sold a faulty car to the plaintiff</u>, that has major Anti-Lock Breaking System (ABS), unfunctional speedometer, cooling system leak from the radiator and the water pump, faulty car alarm system, faulty battery and faulty air conditioner, putting The plaintiff's wife and the plaintiff at great risk of making or causing an accident that could result in killing themselves, or causing harm to other motorist on the highway or both!**

In the following few days after buying the car, the plaintiff tried to fix the car, which cost him a considerable amount of money, time, frustration, and is still not fully fixed yet. The car required an entire Anti-Lock Braking System (ABS) that was causing the braking light to flash on and off and was also the cause of the speedometer malfunction, **a new** water pump because it was leaking coolant fluids, new coolant sensor and **new** radiator, that was the cause of the coolant leak, **a new** serpentine drive belt, as the old one was cracked and coolant had been dripping on it, **new** thermostat, **new** cabin and engine air filters, as the old ones were filthy, **new** spark plugs, because the old ones were overly worn, changed engine oil and filter, because the oil and filter were very black and burned, transmission oil change, because the fluid was dirty, a coolant flush and changing of the antifreeze, **new** windshield wipers, and **new** windshield washer nozzles because the old ones were faulty and could not spray windshield washer fluid properly to clean the windshield, installing **a new** battery as the old one was dying, **refer to exhibit D,** for the honorable court to see some pictures of the new and old removed parts. As the honorable court will notice that the most recent odometer reading of the car in the picture was **126341 miles** compare to the originals miles at the point of sale in July was **a little over 125000 miles**, the car has not been driven much since July and mostly parked without use due to the above mentioned issues with the vehicle.

The plaintiff also could not sell the vehicle till the resolution of this lawsuit in case the honorable court would like to acquire further information about the car. In order to do the above maintenance, the plaintiff had to spend a lot of money between parts; tools, time, frustration and labor which came to an estimate of about $4000 or more in that regard, still the car are not fully fixed yet!

5

The plaintiff later contacted the dealership via phone conversation and spoke to defendants Alex Cortes (Maldonado) salesman and Jorge Maldonado Del Angel the owner of the dealership and plaintiff explained the situation for them and **tried to reason** with them and asked if they could pay for the cost of fixing the car since they <u>were knowingly sold this faulty car to him and knowingly misrepresented the vehicle to him</u>, that needed thousands of dollars in repairs and putting the plaintiff's wife and the plaintiff lives and others on the road at considerable risk. <u>in violation of Texas Department of Motor Vehicles and Texas Department of Public Safety laws and regulations, Federal Consumer Act, Texas Deceptive Trade Practices-Consumer Protection Act, , refer to exhibit H , and Texas Administrative Code (title 37, chapter 23 vehicle inspection), and Texas Transportation Code, (title 7 vehicles and traffic, subtitle C. rules of the road chapter 547, vehicle equipment and chapter 548, compulsory inspection of a vehicle).</u>

During our conversation, **Jorge Maldonado Del Angel again denied being the owner of the dealership**, refer to **exhibit C**, and he said that he would talk to his cousin, the owner of the place, and get back to the plaintiff, **which he never did**. The plaintiff discovered later on that Jorge Maldonado Del Angel is the owner of the dealership, when the plaintiff checked the dealership information via the Department of Motor Vehicles DMV **website refers to exhibit E.**

The plaintiff bought the vehicle from the dealership on Wednesday 7/26/2017, and brought the car home to Corpus Christi on Saturday 07/29/2017, and had not received his car plates, registration and title until about 9/19/2017. During that time, which was almost two months from the date of purchase, on 7/26/17, until receiving the car plates and title, the plaintiff called the dealership numerous times and spoke to Alex Cortes (Maldonado), the sales person who sold the car to the plaintiff, and Jorge Maldonado Del Angel, the owner of SA Auto Credit, in order to check on **why there was a delay in this matter?.**

Every time the plaintiff called, they would say that they **have mailed out** the plaintiff's plates, and that the plaintiff should receive them soon, but nothing came my way. The plaintiff called again, they would say, we mailed them out to you, but they came back undelivered, and they

6

would send them again, **meanwhile at that time the car was not even inspected until (As required by Texas Department Motor Vehicles, and Texas Department of Public Safety, Laws and regulations prior to issuing a new registration and title to the new owner of the used vehicle in which in this case is the plaintiff)** 8/17/2017 and the plaintiff have been calling since 8/10/2017 to check on the status of the car's plates, registration and title, **Alex Cortes (Maldonado) the sales person and Jorge Maldonado Del Angel were not telling the truth to the plaintiff.**

When the plaintiff received his plates on 9/13/2017, he learned that the car was inspected at **RPM Auto Motive Service INC, station ID 6P049183, by inspector Edwin Antonio Espinoza**, located at 2918 Commercial Ave., San Antonio, TX 78221 on 8/17/2017 at 1:28:05 pm, while the plaintiff had possession of the car since 7/29/2017 in Corpus Christi, where the plaintiff resides, **refer to exhibit F.** Therefore, RPM Auto Motive Services Inc., which is owned by **Randy Pantoja, and certified technician Edwin Antonio Espinoza, knowingly committed a fraudulent safety inspection,** by issuing safety inspection sticker to a car they did not see nor inspect for safety, since plaintiff had possession of the car in Corpus Christi since 7/29/2017, **in violation of Texas Administrative Code (title 37, chapter 23 vehicle inspection), and Texas Transportation Code, (title 7 vehicles and traffic subtitle C. rules of the road chapter 547, vehicle equipment and chapter 548, compulsory inspection of a vehicle).**

On 09/15/2017, the plaintiff filed a complaint, with the Department of Public Safety. The complaint was assigned to the state auditor **William Molloy, with a case ID number 500427516.** Mr. Molloy conducted his investigation of RPM Auto Motive Service INC, owned by Randy Pantoja, **and concluded in his report that "RPM Auto Motive services Inc., 6P049183 whose inspector, Edwin Antonio Espinoza, issued a vehicle inspection report on 8/17/2017, without inspecting the vehicle, as required by section 547 and 548 of the (TC), TAC 37 as referenced above, and Department of Public Safety rules and regulations manual for vehicle inspection, chapter 4"** refer to exhibit G

SA Auto Credit, through Alex Maldonado, also known as Alex Cortes the salesman, and the owner of the dealership, Jorge Maldonado Del Angel, knowingly misrepresented and sold a faulty, unsafe to drive, and uninspected car **(The car would not have passed safety inspection back then at the point of sale on July, nor prior to issuing a new registration and title to the plaintiff as required by Texas Department of Motor Vehicles, and Texas Department of Public Safety, laws and regulations, due to the above stated safety issues with the vehicle, so they had to fake the safety inspection later on in order to issue a plate, registration and title to the plaintiff)** to the plaintiff on 07/26/2017, and committed a fraudulent inspection of the plaintiff's vehicle by inspecting the car eighteen days after the plaintiff had bought the car from them, refer to **exhibit F**. The inspection was fraudulent, since the plaintiff possessed the car in Corpus Christi from 07/29/2017, and plaintiff never went to San Antonio for inspection on 08/17/2217.

Based on the above SA Auto Credit, through Alex Maldonado, also known as Alex Cortes salesman, and the owner of the dealership, Jorge Maldonado Del Angel, knowingly sold to the plaintiff on 7/26/2017 an unsafe and dangerous vehicle, failed to perform a safety inspection prior to the sale of the above mentioned vehicle (2007 Toyota Avalon), nor prior to the issuing of a new title and registration to the plaintiff, as required by Texas Department of Motor Vehicles, and Texas Department of Public Safety, Laws and Regulations, and concealed vehicle safety issues, **negligently** exposing the plaintiff and his family's lives, and others on the highway to a great danger, **in violation to Texas Department of Motor Vehicles, Texas Department of Public Safety, laws and regulations, Federal Consumer Act, Texas Deceptive Trade Practices-Consumer Protection Act refer to exhibit H , and Texas Administrative Code (title 37, chapter 23 vehicle inspection), and Texas Transportation Code, (title 7 vehicles and traffic, subtitle C. rules of the road chapter 547, vehicle equipment and chapter 548, compulsory inspection of a vehicle)**.

**On 9/15/2017,** the plaintiff submitted a complaint against SA Auto Credit; license number P129198, to Texas Department of Motor Vehicles, and the complaint was assigned to **the state auditor Janet Dudley with a case number 18-0179582.** The investigation has been completed in this matter, as far as the plaintiff knows of, and the plaintiff has submitted a request to obtain

8

the complete report of the complaint, to the open public record on the Texas Motor Vehicles website on 1/31/18, and will provide the honorable court with a copy of the report upon receiving it, **refer to exhibit J.**

Therefore plaintiff should receive reimbursement for **up to three times** of the price of the car of $13284, estimated repair, parts, time, effort and frustration of about $4000 and compromising, risking and exposing the plaintiff and his family's safety and wellbeing by driving such a dangerous vehicle on the highway of $400,000 in damages.

## Conclusion

The defendants; the dealership SA Auto Credit represented by Alex Cortes (Maldonado), salesman, and Jorge Maldonado Del Angel, owner of the dealership, knowingly sold to the plaintiff on 7/26/2017 an unsafe and dangerous vehicle, failed to perform a safety inspection prior to the sale nor prior to issuing a new registration and title **(Because the car would not have passed the safety inspection back then in July due to the above mentioned safety problem with the vehicle, refer to exhibit D)** of the above mentioned vehicle (2007 Toyota Avalon) as required by the Texas Motor Vehicles and Texas Department of Public Safety, laws and regulations, and concealed vehicle safety issues, <u>**negligently exposing the plaintiff and his family's lives, and others on the highway to a great danger**</u> by selling the plaintiff a 2007 Toyota Avalon with a faulty anti-lock brake system, speedometer and overheating cooling system,...... which could have resulted in a car crash and or explosion, exposing the plaintiff's wife and the plaintiff to a risk of crashing, **possibly killing themselves, and others on the road, for their negligence, <u>in violation of Texas Department of Motor Vehicle, Texas Department of Public Safety, laws and regulations, Federal Consumer Act, Texas Deceptive Trade Practices-Consumer Protection Act refer to exhibit H , and Texas Administrative Code (title 37, chapter 23 vehicle inspection), and Texas Transportation Code, (title 7 vehicles and traffic, subtitle C. rules of the road chapter 547, vehicle equipment and chapter 548, compulsory inspection of a vehicle).</u>**

The car required a considerable amount of repair, and cost the plaintiff about an estimate of $4000 in repairs, parts and time, and still requires more repairs to be done. The plaintiff cannot sell the vehicle until the resolution of this court case, in which will cause a **depreciation** and loss of the value of the vehicle as time goes by.

Therefore, RPM Auto Motive Services Inc., which is owned by **Randy Pantoja, and certified technician Edwin Antonio Espinoza, knowingly committed a fraudulent inspection, by issuing a safety inspection sticker to a car they did see nor inspect, since plaintiff had possession of the car in Corpus Christi since 7/29/2017, <u>in violation of Texas Administrative Code (title 37, chapter 23 vehicle inspection), and Texas Transportation Code, (title 7 vehicles and traffic subtitle C. rules of the road chapter 547, vehicle equipment and chapter 548, compulsory inspection of a vehicle). Refer to exhibit G</u>**

Therefore the Plaintiff, Matta Farouk Mekhaiel, **is charging the above all defendants**, the Dealership SA Auto et.al and the RPM Automotive Services Inc., et.al <u>**with committing a fraudulent inspection on the plaintiff's car, a 2007 Toyota Avalon, and misrepresented and sold a faulty car to the plaintiff, in violation of the Texas Motor vehicle laws and regulation, Texas department of public safety rules and regulations manual for vehicle inspection, Federal Consumer Act, and Texas Deceptive Trade Practices-Consumer Protection Act refer to exhibit H, exposing the plaintiff's wife and the plaintiff to the risk of driving a faulty vehicle, pain and suffering, and exposing the plaintiff's wife and the plaintiff's lives to the risk of being killed or killing others on the road or both.**</u>

Therefore the plaintiff is suing the above defendants for the amount of the amount of $400,000 in US dollars ( Four hundred thousand US dollars) for exposing the plaintiff and his family lives to extreme danger and the risk of being killed in a car crash or explosion due to driving such a faulty vehicle mentioned above, plus the repair, parts, time, labor, frustration, cost of an average $4000 and a price compensation for the vehicle of $13284 for a total of $417,284.00 (Four hundred seventeen thousands and two hundred eighty four US dollars) in US dollars as a compensation for the defendants' actions and damages caused to the plaintiff mentioned above.

## Relief

By reason of the facts and circumstances stated above, defendants have violated the above mentioned laws and regulations of the State of Texas and by reason of the facts and circumstances stated above, plaintiff has been damaged by defendants in the sum of $417,284.00, US dollars.

Wherefore, plaintiff demands judgment against defendants in the sum of $417,284.00, plus interest from July 26, 2017, costs and disbursement, and the cost of filing this current lawsuit, together with any other relief the honorable Court finds to be just and proper. Plaintiff is demanding a trial by jury.

Signature,

Matta Farouk Mekhaiel-Pro Se plaintiff
6901 Saratoga Blvd Apt 1325
Corpus Christi, Texas, 78414
Cell phone 508-369-9786
Dated: 02/01/2018