Unites States District Court

For The District of Texas



Matta Farouk Mekhaiel,

   Plaintiff,

V.

SA Auto Credit, License number P129198

Jorge Maldonado Del Angel, dealership owner,          C.A.NO.: 5:18-CV-00105

Alex Cortes also known as Alex Maldonado, sales person,

RPM Auto Motive Services Inc, Station ID: 6P049183,

Randy Pantoja, owner of the RPM Auto Motive Services,

Edwin Antonio Espinoza, Licensed Automotive Inspector, at RPM Auto Motive Services

   Defendants,

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs move this honorable court for a judgment by default in this action, and show that the complaint in the above case was filed in this honorable court on 02/01/2018; the summons and complaint were duly served on the Defendant, Alex Cortes also known as Alex Maldonado, Edwin Antonio Espinoza, Jorge Maldonado Del Angel, Randy Pantoja, RPM Auto Motive Services Inc., and SA Auto Credit on 02/07/2018; no answer or other defense has been filed by the Defendant; the defendants' response due date was on 02/28/2018; no proceedings have been taken by the Defendant since the summons were served on 02/07/2018.

Therefore, plaintiff moves that this honorable court make and enter a judgment by default against defendants in the sum of $417,284.00, plus interest from July 26, 2017, costs and disbursement, and the cost of filing this current lawsuit, together with any other relief the honorable Court finds to be just and proper.

## Certificate of service

I, Matta Farouk Mekhaiel, hereby certify that on this date 03/7/2018, I caused a copy of the Motion for Entry of a Judgment by Default, and placed in a postage-paid envelope addressed to the defendants, at the addresses stated below, which are the last known addresses of said defendants, and deposited said envelopes in the United States mail.

Addressee: Alex Cortes, also known as Alex Maldonado, Jorge Maldonado Del Angel, and SA Auto Credit.

1. Address: 5131 NW Loop 410, San Antonio, Texas 78229

    Addressee: Randy Pantoja, Edwin Antonio Espinoza, and RPM Auto Motive Services

    Address: 2918 Commercial Ave, San Antonio, Texas 78221

Dated this seventh day of March 2018

Signature,

Matta Farouk Mekhaiel-Pro Se plaintiff

2



Maha Mikhail
6201 Saratoga Blvd Apt 1325
Corpus Christi, TX 78414

RECEIVED
MAR - 8 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

United States District Court
Clerk's Office, Room G 65
655 E. Cesar Chavez Blvd,
San Antonio, Texas 78206

SCREENED BY CSC
MAR 0 8 2018