Unites States District Court

For The District of Texas

FILED

MAR 2 2 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

Matta Farouk Mekhaiel,

   Plaintiff,

V.

SA Auto Credit, License number P129198

Jorge Maldonado Del Angel, dealership owner,

Alex Cortes also known as Alex Maldonado, sales person,

RPM Auto Motive Services Inc, Station ID: 6P049183,

Randy Pantoja, owner of the RPM Auto Motive Services,

Edwin Antonio Espinoza, Licensed Automotive Inspector, at RPM Auto Motive Services

   Defendants,

C.A.NO.: 5:18-CV-00105

## MOTION FOR DEFAULT JUDGMENT

    Plaintiff moves this honorable court for a judgment by default in the above action; against RPM Auto Motive Services Inc. station ID: 6P049183, Randy Pantoja owner of the RPM Auto Motive Services, and Edwin Antonio Espinoza, licensed automotive inspector at RPM Auto Motive Services, because since the complaint in the above case was filed in this honorable court on 02/01/2018; the summons and complaint were duly served on the Defendants, Edwin Antonio Espinoza, Randy Pantoja, and RPM Auto Motive Services Inc., on 02/07/2018; no answer or other defense has been filed by the Defendants mentioned above; and the defendants' response due date was on 02/28/2018; no proceedings have been taken by the Defendants since the summons were served on 02/07/2018.

Therefore, plaintiff moves that this honorable court make and enter a judgment by default against defendants mentioned above in the sum of $417,284.00, plus interest from July 26, 2017,

1

costs and disbursement, and the cost of filing this current lawsuit, together with any other relief the honorable Court finds to be just and proper.

## Certificate of Service

I, Matta Farouk Mekhaiel, hereby certify that on this date 03/20/2018, I caused a copy of the Motion for Entry of a Judgment by Default against RPM Auto Motive Services Inc., et al, and placed in a postage-paid envelope addressed to the defendants, at the addresses stated below, which are the last known addresses of said defendants, and deposited said envelopes in the United States mail.

Addressee: Alex Cortes, also known as Alex Maldonado, Jorge Maldonado Del Angel, and SA Auto Credit, located at 5131 NW Loop 410, San Antonio, Texas 78229

Addressee: Randy Pantoja, Edwin Antonio Espinoza, and RPM Auto Motive Services, located at 2918 Commercial Ave, San Antonio, Texas 78221

Dated this Twentieth day of March 2018

Signature,

Matta Farouk Mekhaiel-Pro Se plaintiff
3/20/2019

2

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR - 9 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| MATTA FAROUK MEKHAIEL § | |
| Plaintiff § | |
| § | |
| vs. § | |
| § | CIVIL ACTION NO. |
| SA AUTO CREDIT § | |
| JORJE MALDONADO DEL ANGEL § | SA-18-CA-0105- DAE |
| RPM AUTOMOTIVE SERVICE, INC. § | |
| RANDY PANTJA § | |
| EDWIN ANTONIO ESPINOZA, § | |

### Defendant's Original Answer

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES DEFENDANT JORGE MALDONADO DEL ANGEL d/b/a SA AUTO CREDIT and ALEX CORTES a/k/a MALDONADO who files this original response to Plantiff's Original Complaint.

### ADMISSIONS & DENIALS

1. No responsive pleading is required to the averments set forth in the introductory paragraphs.

2. No responsive pleading is required to the averments set forth in paragraphs 1-3. Moreover defendant can neither admit nor deny the residence of the other named defendants.

3. No responsive pleading is required as to the averments set forth in Paragraph number 5, the jurisdictional and venue provisions of Plaintiff's Original Complaint. However, Defendant does deny that jurisdiction and venue are proper in the Western District of Texas as this is a purely State matter.

4. With respect to the remainder of Plaintiff's Original Complaint, consisting of un-

numbered paragraphs from Page 2-9 (above the "Conclusion" moniker,) Defendant DENIES all factual allegations pled by Plaintiff.

## Affirmative Defenses

5. Defendants allege affirmatively that it is not responsible for any damages sustained by the Plaintiff by virtue of the following affirmative defenses:

(1) This was an "As is" transaction for which the burden of risk is on Plaintiff;

WHEREFORE, PREMISES CONSIDERED, Defendant prays that upon review, the court dismiss Plaintiff's claims with prejudice and other such relief at equity or law be afforded to defendants.

_____
Jorge Maldonado Del Angel d/b/a
SA Auto Credit AND ALEX MALDONADO
5131 NW Loop 410, San Antonio, Texas 78229
Tel: 210.4262385
Email: SAautocredit@gmail.com

## Certificate of Service

Defendants certify that a true and correct copy of this pleading was mailed to Plaintiff at 6901 Saratoga Blvd, APT 1325, Corpus Christi, Texas 78414

_____
Jorge Maldonado

2

# Exhibit B

Unites States District Court

For The District of Texas

FILED

MAR 08 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK

Matta Farouk Mekhaiel,

    Plaintiff,

V.

SA Auto Credit, License number P129198

Jorge Maldonado Del Angel, dealership owner,          C.A.NO.: 5:18-CV-00105

Alex Cortes also known as Alex Maldonado, sales person,

RPM Auto Motive Services Inc, Station ID: 6P049183,

Randy Pantoja, owner of the RPM Auto Motive Services,

Edwin Antonio Espinoza, Licensed Automotive Inspector, at RPM Auto Motive Services

    Defendants,

## MOTION FOR DEFAULT JUDGMENT

    Plaintiffs move this honorable court for a judgment by default in this action, and show that the complaint in the above case was filed in this honorable court on 02/01/2018; the summons and complaint were duly served on the Defendant, Alex Cortes also known as Alex Maldonado, Edwin Antonio Espinoza, Jorge Maldonado Del Angel, Randy Pantoja, RPM Auto Motive Services Inc., and SA Auto Credit on 02/07/2018; no answer or other defense has been filed by the Defendant; the defendants' response due date was on 02/28/2018; no proceedings have been taken by the Defendant since the summons were served on 02/07/2018.

Therefore, plaintiff moves that this honorable court make and enter a judgment by default against defendants in the sum of $417,284.00, plus interest from July 26, 2017, costs and disbursement, and the cost of filing this current lawsuit, together with any other relief the honorable Court finds to be just and proper.

1

## Certificate of service

I, Matta Farouk Mekhaiel, hereby certify that on this date 03/7/2018, I caused a copy of the Motion for Entry of a Judgment by Default, and placed in a postage-paid envelope addressed to the defendants, at the addresses stated below, which are the last known addresses of said defendants, and deposited said envelopes in the United States mail.

Addressee: Alex Cortes, also known as Alex Maldonado, Jorge Maldonado Del Angel, and SA Auto Credit.

1. Address: 5131 NW Loop 410, San Antonio, Texas 78229

Addressee: Randy Pantoja, Edwin Antonio Espinoza, and RPM Auto Motive Services

Address: 2918 Commercial Ave, San Antonio, Texas 78221

Dated this seventh day of March 2018

Signature,

Matta Farouk Mekhaiel-Pro Se plaintiff

2



# Exhibit C

MOTION_REFERRED

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:18-cv-00105-DAE

Mekhaiel v. SA Auto Credit, et al.  
Assigned to: Judge David A. Ezra  
Demand: $417,000  
Cause: 15:0045 Federal Trade Commission Act

Date Filed: 02/01/2018  
Jury Demand: Plaintiff  
Nature of Suit: 380 Personal Property: Other  
Jurisdiction: Federal Question

### Plaintiff

**Matta Farouk Mekhaiel**

represented by **Matta Farouk Mekhaiel**  
6901 Saratoga Blvd., Apt. #1325  
Corpus Christi, TX 78414  
PRO SE

V.

### Defendant

**SA Auto Credit**  
*License Number P129198*

### Defendant

**Jorge Maldonado Del Angel**  
*Dealership Owner*

represented by **Jorge Maldonado Del Angel**  
5131 NW Loop 410  
San Antonio, TX 78229  
(210)426-2385  
PRO SE

### Defendant

**Alex Cortes**  
*Sales Person*  
*also known as*  
Alex Maldonado

represented by **Alex Cortes**  
5131 NW Loop 410  
San Antonio, TX 78229  
PRO SE

### Defendant

**RPM Auto Motive Services, Inc.**  
*Station ID: 6P049183*

### Defendant

**Randy Pantoja**  
*Owner of the RPM Auto Motive Services*

### Defendant

**Edwin Antonio Espinoza**  
*Licensed Automotive Inspector, at RPM Auto Motive Services*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2018 | | THIS CASE HAS BEEN RANDOMLY ASSIGNED TO JUDGE DAVID A. EZRA. (dtg) (Entered: 02/02/2018) |
| 02/01/2018 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Bemporad. (dtg) (Entered: 02/02/2018) |
| 02/01/2018 | 1 | COMPLAINT (Filing fee $400.00 receipt number 500043127), filed by Matta Farouk Mekhaiel. (Attachments: # 1 Exhibits A -thru- Exhibits J [EXHIBIT D, ENVELOPE CONTAINS PHOTOGRAPHS ARE LOCATED IN THE FILEROOM], # 2 Civil Cover Sheet, # 3 Filing Fee Receipt)(dtg) (Entered: 02/02/2018) |
| 02/01/2018 | 2 | Summons Issued as to Alex Cortes, Edwin Antonio Espinoza, Jorge Maldonado Del Angel, Randy Pantoja, RPM Auto Motive Services, Inc., SA Auto Credit. (dtg) (Entered: 02/02/2018) |
| 02/15/2018 | 3 | SUMMONS Returned Executed by Matta Farouk Mekhaiel. Alex Cortes served on 2/7/2018, answer due 2/28/2018; Edwin Antonio Espinoza served on 2/7/2018, answer due 2/28/2018; Jorge Maldonado Del Angel served on 2/7/2018, answer due 2/28/2018; Randy Pantoja served on 2/7/2018, answer due 2/28/2018; RPM Auto Motive Services, Inc. served on 2/7/2018, answer due 2/28/2018; SA Auto Credit served on 2/7/2018, answer due 2/28/2018. (aej) (Entered: 02/15/2018) |
| 03/08/2018 | 4 | PRO SE MOTION for Default Judgment against all Defendants by Matta Farouk Mekhaiel. (aej) (Entered: 03/08/2018) |
| 03/09/2018 | | Text Order REFERRING 4 Motion for Default Judgment to Magistrate Judge Bemporad. Entered by Judge David A. Ezra. (This is a text-only entry generated by the court. There is no document associated with this entry.) (hw) (Entered: 03/09/2018) |
| 03/09/2018 | | MOTION REFERRED: referred 4 MOTION for Default Judgment against all Defendants. Referral Judge: Henry J. Bemporad. (aej) (Entered: 03/09/2018) |
| 03/09/2018 | 5 | ANSWER to 1 Complaint, by Alex Cortes, Jorge Maldonado Del Angel, SA Auto Credit. (aej) (Entered: 03/12/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/20/2018 11:45:59 | | | |
| PACER Login: | matta.mekhaiel99:5500451:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:18-cv-00105-DAE |
| Billable Pages: | 2 | Cost: | 0.20 |